# UNITED STATES BANKRUPTCY COURT

In re Kathryn R Ingram,
_____Debtor_____

Case No. 13 B 42257

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __206__   Check one ☐ With the filing of the petition, or
            ☑ On or before __11-20-13__

$ __100__ on or before __12-23-13__

$ _____ on or before _____

$ _____ on or before _____

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

J Cox    Jacqueline P. Cox

Date: __11-8-13__

United States Bankruptcy Judge